IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. KRAVITZ, | No. C-06-1402 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant / | |

    Before the Court is a letter, dated May 19, 2006, from counsel for plaintiff, indicating that counsel has been informed plaintiff passed away on March 27, 2006.  Counsel indicates defendant has not been served, and requests that the case management conference be continued so as to allow the appropriate representatives of the estate to become involved in the case if they are interested in doing so.

    Good cause appearing, the case management conference is continued to July 21, 2006.  A joint case management statement shall be filed no later than July 14, 2006.

    **IT IS SO ORDERED.**

Dated: May 19, 2006

MAXINE M. CHESNEY
United States District Judge