**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. KRAVITZ, | No. C-06-1402 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; EXTENDING DEADLINE TO SERVE DEFENDANT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant / | |

The Court having been advised, by letter filed June 14, 2006 by counsel of record for plaintiff, that plaintiff's widow is in the process of seeking appointment as the representative of plaintiff's estate and intends to pursue the above-titled matter, and that defendant has not been served, the case management conference is hereby CONTINUED from July 21, 2006 to October 6, 2006, at 10:30 a.m.  A joint case management statement shall be filed no later than September 29, 2006.

Further, in the above-referenced letter, counsel requests an extension of the deadline for service.  Good cause appearing, the deadline to serve defendant is hereby EXTENDED to August 24, 2006.

**IT IS SO ORDERED.**

Dated: June 22, 2006

MAXINE M. CHESNEY
United States District Judge