IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. KRAVITZ,<br><br>    Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant                    / | No. C-06-1402 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO RELATE CASES** |

      Before the Court is the Notice of Pendency of Related Action, filed June 19, 2006, by which counsel of record for plaintiff requests the Court find the above-titled action is related to <u>Kravitz v. United States, et al.</u>, C-06-2312 VRW.[1] To date, no defendant has been served in either of the two subject actions. Under the circumstances, consideration of the request to relate is premature. <u>See</u> Civil L.R. 3-12(e) (providing for filing of opposition to motion to relate case).

      Accordingly, plaintiff's request to relate is hereby DENIED, without prejudice to plaintiff's filing an Administrative Motion to Consider Whether Cases Should Be Related, <u>see</u> Civil L.R. 3-12(b), after at least one defendant has been served in each of the above-titled actions.

      **IT IS SO ORDERED.**

Dated: June 22, 2006

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

    [1]Additionally, counsel of record for plaintiff made such request in a letter filed June 14, 2006.