UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. KRAVITZ,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO. C06 1402 MMC<br><br>**DISMISSAL**<br><br>{Fed. R. Civ. P. Rule 41(a)(2)] |

     Having reviewed the correspondence of former counsel for Plaintiff Steven M. Kravitz, deceased, dated June 14, 2006 and September 19, 2006, and good cause appearing therefore,

     IT IS HEREBY ORDERED that this action is DISMISSED.

DATED: _September 19, 2006_____    _____
                                                                   Maxine M. Chesney
                                                     UNITED STATES DISTRICT JUDGE